IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,         )
                                  )          4:95CR3040
                Plaintiff,        )
                                  )
    vs.                           )          ORDER
                                  )
JODI FOLDEN,                      )
                                  )
                Defendant.        )
```

IT IS ORDERED that a revocation hearing is set to commence at 12:15 p.m. on May 3, 2006, before the Hon. Warren K. Urbom, United States Senior Judge, in Courtroom #4, United States Courthouse, Lincoln, Nebraska.

Dated: March 27, 2006.


                              BY THE COURT

                              s/ David L. Piester
                              United States Magistrate Judge