IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 APR 17  AM 11: 27

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,                Plaintiff,<br><br>v.<br><br>JODI M. FOLDEN,<br>                Defendant. | Case No. 4:95CR3040 |

## ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing _____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Unopposed Motion to Continue Dispositional Hearing under seal.

DATED this 17th day of April, 2006.

BY THE COURT:

The Honorable Warren K. Urbom
Senior United States District Judge