IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 APR 17 PM 12: 40

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>JODI M. FOLDEN,  )<br>)<br>Defendant.  ) | Case No. 4:95CR3040 |

### ORDER

THIS MATTER comes before the Court on defendant's motion to continue the May 3, 2006, disposition hearing in this case until a date and time certain for not less than 30 days. Filing ____. The Court, being fully advised in the premises, and noting that the government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until ___June 5___, 2006, at 10:00 a. m. The defendant is ordered to appear at such time.

Dated this 17th day of April, 2006.

BY THE COURT:

_____
The Honorable Warren K. Urbom
Senior United States District Judge