IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:95CR3040 |
| | ) | |
| v. | ) | |
| | ) | |
| JODI FOLDEN, | ) | ORDER ON ORAL MOTION TO |
| | ) | CONTINUE REVOCATION |
| Defendant. | ) | HEARING |
| | ) | |

    Counsel for the defendant has orally moved to continue the revocation hearing because the U.S. Probation Officer cannot be present at the time currently scheduled for the hearing and counsel requests the revocation hearing be scheduled after the defendant's state court hearing has been conducted. Counsel for the government does not object to the continuance;

    IT IS ORDERED that:

1. the oral motion to continue revocation hearing is granted;

2. the revocation hearing is rescheduled and shall commence at 11:00 a.m. on June 14, 2006, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present for the hearing.

Dated June 5, 2006.

                               BY THE COURT

                               s/ Warren K. Urbom
                               United States Senior District Judge