IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JODI M. FOLDEN,<br><br>                Defendant. | Case No. 4:95CR3040 |

## ORDER

THIS MATTER comes before the Court on defendant's motion to continue the August 18, 2006, revocation hearing in this case until a date and time certain for not less than 60 days. Filing 112. The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until October 18, 2006, at 12:15 p. m. The defendant is ordered to appear at such time.

Dated this 14th day of August, 2006.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge