IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:95CR3040 |
| ) | |
| v. ) | |
| ) | |
| JODI FOLDEN, ) | ORDER ON MOTION TO DISMISS |
| ) | |
| Defendant. ) | |
| ) | |

IT IS ORDERED that:

1. the Motion to Dismiss, filing 114, is granted; and

2. the warrant filed on March 13, 2006, is cancelled.

.

BY THE COURT:

s/ Warren K. Urbom
Senior United States District Judge